In the Matter of the Will of GEORGE T. BROKAW, Deceased. UNITED STATES TRUST COMPANY OF NEW YORK et al., as Executors, Appellants; GUARANTY TRUST COMPANY OF NEW YORK et al., as Trustees under a Deed of Trust dated June 12, 1929, Respondents.— Order affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant the application. [180 Misc. 490.]

In the Matter of the Accounting of JOHN F. LEAVEY, as Administrator of the Estate of CHARLES C. LEAVEY, Deceased, Appellant. EDWARD M. LEAVEY et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRENCH JEWELRY SHOPS, INC., Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SALNIT and DORA LERNER, Appellants, et al., Defendants.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CHELSEA-MOORE CORPORATION, Respondent, v. CANTON GINGER ALE COMPANY, INC., Appellant, and EAST AND WEST REALTY CORPORATION, Impleaded Defendant, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HARRY J. KANE, Appellant, v. JULIUS C. SIEGELMAN et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ELIZABETH B. POOL, Appellant, v. JOHN E. ALDRED et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See post, p. 868.]

BENJAMIN UYDESS, Respondent, v. WORLD METAL SPINNING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EVANS CLOTHING CO., INC., et al., Appellants, et al., Plaintiffs, v. IRVING OSHINSKY et al., Respondents, et al., Defendants.— Orders and judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VINCEL L. DUVAL, Appellant, v. SPYROS P. SKOURAS, Respondent, et al., Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [181 Misc. 651.]

In the Matter of ANNA DUNST, Appellant. IRVING D. NEUSTEIN, Respondent.— Appeal unanimously dismissed, without costs, on the ground that the issue is now academic. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [See post, p. 861.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. YETTA PERSKY, Appellant.— Judgment unanimously reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt by any competent evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SARAH GOLD, Appellant, v. HARRY STELLA, Defendant, and EMPRESS GARAGE CORPORATION, Defendant-Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.